**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-487 LPS |
| | ) | |
| ALCATEL-LUCENT SA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL AS TO THE NEC DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lambda Optical Solutions, LLC ("LOS") and Defendants NEC Corporation and NEC Corporation of America, Inc. (collectively "NEC"), by and through the undersigned counsel hereby stipulate and agree that: (1) all claims brought by LOS against NEC are dismissed with prejudice; and (2) each party bears its own costs and attorneys' fees.

Dated: February 2, 2011.

| | |
|---|---|
| _/s/ Andrew C. Mayo_ | _/s/ Richard K. Herrmann_ |
| Steven J. Balick (#2114) | Richard K. Herrmann (#405) |
| Lauren E. Maguire (#4261) | Kenneth L. Dorsney (#3726) |
| Andrew C. Mayo (#5207) | MORRIS JAMES LLP |
| ASHBY & GEDDES | 500 Delaware Avenue, Suite 1500 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| sbalick@ashby-geddes.com | kdorsney@morrisjames.com |
| lmaguire@ashby-geddes.com | |
| amayo@ashby-geddes.com | *Attorneys for Defendants* |
| | *NEC Corporation and* |
| *Attorneys for Plaintiff* | *NEC Corporation of America, Inc.* |
| *Lambda Optical Solutions, LLC* | |