IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-487-LPS |
| | ) | |
| ALCATEL-LUCENT SA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff in the above action hereby dismisses all claims, with prejudice, against defendants ECI Telecom, Ltd. and ECI Telecom Americas, Inc.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel*:

Anthony J. Dain
Victor M. Felix
Robin L. Phillips
PROCOPIO, CORY, HARGREAVES
   & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101-4469
619-238-1900

*Attorneys for Plaintiff*

Dated: February 28, 2011

{00492149;v1}