IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALCATEL-LUCENT SA, et al., | ) |
| Defendants. | ) C.A. No. 10-487-RGA-CJB |
| ALCATEL-LUCENT USA INC. and ALCATEL-LUCENT HOLDINGS INC., | ) |
| Counterclaimants, | ) |
| v. | ) |
| LAMBDA OPTICAL SOLUTIONS LLC, LAMBDA OPTICAL SYSTEMS CORP., and ANASTASIOS TZATHAS, | ) |
| Counter-Defendants. | ) |

**STIPULATION AND PROPOSED ORDER
TO AMEND SCHEDULING ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines as previously ordered by the Court in the Scheduling Order (D.I. 142) are amended as follows:

| **EVENT** | **AMENDED DEADLINE** |
|---|---|
| End of Fact Discovery | December 17, 2012 |
| Opening Expert Reports | January 18, 2013 |
| Rebuttal Expert Reports | February 19, 2013 |
| Reply Expert Reports | March 14, 2013 |
| End of Expert Discovery | April 18, 2013 |

{00659606;v1 }

| Case Dispositive Motions | June 12, 2013 |
| --- | --- |
| Answering Briefs to Case Dispositive Motions | July 2, 2013 |
| Reply Briefs to Case Dispositive Motions | July 18, 2013 |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

John W. Shaw (I.D. #3362)
Andrew E. Russell (I.D. #5382)

300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Alcatel-Lucent USA, Alcatel-Lucent Holdings and Alcatel-Lucent Marketing, Inc.*

O'KELLY ERNST BIELLI & WALLEN, LLC

*/s/ Sean T. O'Kelly*

Sean T. O'Kelly (I.D. #4349)
901 N. Market Street
Suite 1000
Wilmington, DE 19801
(302) 778-4001
sokelly@oebwlegal.com

*Attorneys for Anastasios Tzathas*

SO ORDERED this ___ day of _____, 2012.

_____
United States Magistrate Judge