**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10- 0487-RGA-CJB |
| | ) | |
| ALCATEL LUCENT USA INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING DISCOVERY MATTERS**

At Wilmington this **21st** day of **November, 2012.**

This Order supercedes paragraph 4(g) of the Scheduling Order entered November 8, 2011 (D.I. 142) and the April 18, 2012 Order Regarding Discovery Matters (D.I. 194).

IT IS ORDERED that discovery matters shall be addressed as follows:

Should counsel find they are unable to resolve a discovery matter or a dispute relating to a protective order, the parties involved shall contact Chambers at (302) 573-4591 to schedule a telephone conference. In addition to contacting Chambers with regard to scheduling the teleconference, the moving party or parties should also file a "[Joint] Motion For Teleconference To Resolve [Protective Order or Discovery] Dispute." The suggested text for this motion can be found on the Court's website, in the "Forms" tab, under the heading "Discovery Matters -- Motion to Resolve Discovery Dispute."

**Not less than seventy-two (72) hours prior to the conference**, excluding weekends and holidays, the party seeking relief shall file with the Court a letter, not to exceed four (4) pages, in no less than 12-point font, outlining the issues in dispute and its position on those issues. **Not less than forty-eight (48) hours prior to the conference**, excluding weekends and holidays,

any party opposing the application for relief may file a letter, not to exceed four (4) pages, in no less than 12-point font, outlining that party's reason for its opposition. Courtesy copies of the letters are to be hand delivered to the Clerk's Office **within one hour of e-filing.**

Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Disputes or issues regarding protective orders, or motions for extension of time for briefing case dispositive motions which are related to discovery matters are, in the first instance, to be addressed in accordance with this Order.

No motions to compel or motions for protective order shall be filed absent approval of the Court. Absent expressed approval of the Court following a discovery conference, no motions pursuant to Fed. R. Civ. P. 37 shall be filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

    /s/ Christopher J. Burke
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE