IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALCATEL-LUCENT SA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ALCATEL-LUCENT USA INC., and ) <br> ALCATEL-LUCENT HOLDINGS INC., ) <br> ) <br> Counter-Claimants, ) <br> ) <br> v. ) <br> ) <br> LAMBDA OPTICAL SOLUTIONS LLC, ) <br> LAMBDA OPTICAL SYSTEMS CORP., and ) <br> ANASTASIOS TZATHAS, ) <br> ) <br> Counter-Defendants. ) | C.A. No. 10-487-RGA-CJB |

## STIPULATION AND PROPOSED ORDER
## TO AMEND SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines as previously ordered by the Court in the Amended Scheduling Order (D.I. 238) are amended as follows, in order to give parties time to resolve discovery disputes and complete necessary discovery for the Expert Reports:

| **EVENT** | **AMENDED DEADLINE** |
|---|---|
| Opening Expert Reports | February 8, 2013 |

-2-

| Rebuttal Expert Reports | March 12, 2013 |
|---|---|
| Reply Expert Reports | April 4, 2013 |
| End of Expert Discovery | May 9, 2013 |

| | |
|---|---|
| ASHBY & GEDDES | SHAW KELLER LLP |
| */s/ Andrew C. Mayo* | */s/ Andrew E. Russell* |
| Steven J. Balick (No. 2114) | John W. Shaw (No. 3362) |
| Lauren E. Maguire (No. 4261) | Andrew E. Russell (No. 5382) |
| Andrew C. Mayo (No. 5207) | 300 Delaware Avenue, Suite 1120 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | (302) 298-0700 |
| Wilmington, DE 19899 | jshaw@shawkeller.com |
| (302) 654-1888 | arussell@shawkeller.com |
| sbalick@ashby-geddes.com | *Attorneys for Alcatel-Lucent USA Inc. and* |
| lmaguire@ashby-geddes.com | *Alcatel-Lucent Holdings Inc.* |
| amayo@ashby-geddes.com | |
| *Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.* | |

PAZUNIAK LAW OFFICE LLC

*/s/ George Pazuniak*
George Pazuniak (No. 478)
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801
gp@del-iplaw.com

*Attorney for Anastasios Tzathas*

SO ORDERED this ___ day of _____, 2013.

_____
United States Magistrate Judge