IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALCATEL-LUCENT SA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ALCATEL-LUCENT USA INC., and ) <br> ALCATEL-LUCENT HOLDINGS INC., ) <br> ) <br> Counter-Claimants, ) <br> ) <br> v. ) <br> ) <br> LAMBDA OPTICAL SOLUTIONS LLC, ) <br> LAMBDA OPTICAL SYSTEMS CORP., and ) <br> ANASTASIOS TZATHAS, ) <br> ) <br> Counter-Defendants. ) | C.A. No. 10-487-RGA-CJB |

## STIPULATION AND PROPOSED ORDER
## TO AMEND SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines as previously ordered by the Court in the Amended Scheduling Order (D.I. 299) are amended as follows:

| **EVENT** | **AMENDED DEADLINE** |
|---|---|
| Opening Expert Reports | April 1, 2013 |
| Rebuttal Expert Reports | May 10, 2013 |

-2-

| Reply Expert Reports | May 31, 2013 |
|---|---|
| End of Expert Discovery | July 5, 2013 |
| Case Dispositive Motions | August 9, 2013 |
| Answering Briefs to Case Dispositive Motions | August 30, 2013 |
| Reply Briefs to Case Dispositive Motions | September 13, 2013 |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
Steven J. Balick (No. 2114)
Lauren E. Maguire (No. 4261)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.*

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*

PAZUNIAK LAW OFFICE LLC

*/s/ George Pazuniak*
George Pazuniak (No. 478)
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801
gp@del-iplaw.com

*Attorney for Anastasios Tzathas*

SO ORDERED this ___ day of _____, 2013.

_____
United States Magistrate Judge