IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT SA, *et al.*,<br><br>Defendants.<br><br>ALCATEL-LUCENT USA INC., and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>Counter-Claimants,<br><br>v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 10-487-RGA-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF INTENT TO REDACT TRANSCRIPT**

Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. hereby notify the

Court of its intent to redact portions of the transcript of the hearing held in the above-captioned

matter on November 30, 2012 [D.I. 307].

| | |
|---|---|
| OF COUNSEL: | /*s/ Andrew E. Russell* |
| William J. McCabe | John W. Shaw (No. 3362) |
| Todd M. Simpson | Andrew E. Russell (No. 5382) |
| ROPES & GRAY LLP | David M. Fry (No. 5486) |
| 1211 Avenue of the Americas | SHAW KELLER LLP |
| New York, NY 10036 | 300 Delaware Avenue, Suite 1120 |
| (212) 596-9000 | Wilmington, DE 19801 |
| | (302) 298-0700 |
| Sasha G. Rao | jshaw@shawkeller.com |
| Brandon H. Story | arussell@shawkeller.com |
| ROPES & GRAY LLP | dfry@shawkeller.com |
| 1900 University Ave. | *Attorneys for Defendants Alcatel-Lucent USA Inc.* |
| East Palo Alto, CA 94303 | *and Alcatel-Lucent Holdings Inc.* |
| (650) 617-4000 | |

Dated:  February 19, 2013