IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCATEL-LUCENT SA, *et al.*, )<br>)<br>Defendants. )<br>_____)<br>)<br>ALCATEL-LUCENT USA INC., and )<br>ALCATEL-LUCENT HOLDINGS INC, )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>LAMBDA OPTICAL SOLUTIONS LLC, )<br>LAMBDA OPTICAL SYSTEMS CORP., and )<br>ANASTASIOS TZATHAS, )<br>)<br>Counter-Defendants. ) | Civil Action No. 10-487-RGA-CJB |

## ORDER

At Wilmington, Delaware, this **19th day of February, 2013**.

WHEREAS, on November 30, 2012, the Court held a telephonic conference regarding certain outstanding discovery disputes (D.I. 307); and

WHEREAS, on February 19, 2013, Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively, "Alcatel") filed a Notice of Intent to Redact the November 30, 2012 transcript (D.I. 316); and;

WHEREAS, a Court may redact and/or seal portions of such a transcript when there is good cause to believe that disclosure of that material would work a "clearly defined and serious

injury" to a party, *see Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted);

THEREFORE, it is HEREBY ORDERED that:

1. The entirety of the November 30, 2012 transcript shall be ordered sealed at this time.

2. Alcatel shall file with the Court, by no later than **March 5, 2013**, proposed redactions to only those portions of the transcript that contain the type of confidential information referenced above. Any proposed redactions should be accompanied by a written explanation supporting Alcatel's assertion that those portions of the transcript should be redacted and/or sealed. This filing shall also be accompanied by a statement as to whether any other party in this case has objection to the proposed redactions put forward by Alcatel.

3. Following receipt of Alcatel's submission pursuant to this Order, the Court will review the submission, and make a determination as to what portions of the transcript shall remain redacted and/or sealed. It shall thereafter order the release of a public version of a redacted version of that transcript.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2