IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>ALCATEL-LUCENT SA, *et al.*,<br><br>            Defendants.<br><hr>ALCATEL-LUCENT USA INC., and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>            Counter-Claimants,<br><br>      v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>            Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 10-487-RGA-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**
**TO AMEND SCHEDULING ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that

the below deadlines as previously ordered by the Court in the Amended Scheduling Order (D.I.

313) are amended as follows:

| **EVENT** | **AMENDED DEADLINE** |
|---|---|
| Opening Expert Reports | June 3, 2013 |
| Rebuttal Expert Reports | July 1, 2013 |

2

| Reply Expert Reports | July 22, 2013 |
| --- | --- |
| End of Expert Discovery | August 26, 2013 |
| Case Dispositive Motions | September 30, 2013 |
| Answering Briefs to Case Dispositive Motions | October 21, 2013 |
| Reply Briefs to Case Dispositive Motions | November 4, 2013 |

*/s/ Andrew C. Mayo*
Steven J. Balick (No. 2114)
Lauren E. Maguire (No. 4261)
Andrew C. Mayo (No. 5207)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Lambda Optical Solutions, LLC
and Lambda Optical Systems Corp.*

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Alcatel-Lucent USA Inc. and
Alcatel-Lucent Holdings Inc.*

*/s/ George Pazuniak*
George Pazuniak (No. 478)
Pazuniak Law Office LLC
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801
gp@del-iplaw.com
*Attorney for Anastasios Tzathas*

March 29, 2013

SO ORDERED this ___ day of _____, 2013.

_____
United States Magistrate Judge

2