IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ALCATEL-LUCENT SA, et al.,<br><br>       Defendants.<br><br>_____<br><br>ALCATEL-LUCENT USA INC. and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>       Counterclaimants,<br><br>  v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>       Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 10-487-RGA-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **STIPULATION AND PROPOSED ORDER**

     Plaintiff Lambda Optical Solutions, LLC ("Lambda") and Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively, "Alcatel-Lucent") hereby stipulate and agree, subject to the approval of the Court, that in light of this Court's Report and Recommendation (D.I. 326), the fact discovery deadline as to these parties is hereby extended until July 15, 2013 for the limited purpose of completing already-noticed discovery and additional discovery regarding the configurations of the Alcatel-Lucent 1695 Wavelength Services Manager that were sold from January 1, 2007, to present.

     Lambda and Alcatel-Lucent further hereby stipulate and agree, subject to the approval of the Court, that the below deadlines as to these parties[1] are amended as follows:

---

[1]   Anastasios Tzathas did not agree to an extension of deadlines for expert report and case dispositive deadlines addressing claims by Alcatel-Lucent against Mr. Tzathas. Accordingly, absent a separate order of the Court that avoids double-tracking deadlines for expert exports

| EVENT | AMENDED DEADLINE |
|---|---|
| Opening Expert Reports | July 30, 2013 |
| Rebuttal Expert Reports | August 30, 2013 |
| Reply Expert Reports | September 17, 2013 |
| End of Expert Discovery | October 22, 2013 |
| Case Dispositive Motions | November 26, 2013 |
| Answering Briefs to Case Dispositive Motions | December 17, 2013 |
| Reply Briefs to Case Dispositive Motions | January 8, 2014 |
| Pretrial Conference | April 10, 2014 |
| Trial | April 28, 2014 |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

John W. Shaw (#3362)
Andrew E. Russell (#5382)
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*

---

and case dispositive motions, the deadlines pertaining to Mr. Tzathas will not be affected by this stipulation and will remain as set forth in the scheduling order as previously amended by D.I. 323.

SO ORDERED this ___ day of _____, 2013.

_____
United States Magistrate Judge