IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALCATEL-LUCENT SA, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> ALCATEL-LUCENT USA INC., and ) <br> ALCATEL-LUCENT HOLDINGS INC., ) <br> ) <br> Counter-Claimants, ) <br> ) <br> v. ) <br> ) <br> LAMBDA OPTICAL SOLUTIONS LLC, ) <br> LAMBDA OPTICAL SYSTEMS CORP., and ) <br> ANASTASIOS TZATHAS, ) <br> ) <br> Counter-Defendants. ) | Civil Action No. 10-487-RGA-CJB |

## <u>ORDER</u>

At Wilmington, Delaware, this **10th day of May, 2013**.

WHEREAS, on May 1, 2013, Plaintiff Lambda Optical Solutions, LLC ("Lambda") and Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively, "Alcatel") stipulated to extend certain case deadlines as to Lambda and Alcatel (D.I. 330);

WHEREAS, Counter-Defendant Anastasios Tzathas did not agree to an extension of deadlines for expert report and case-dispositive motion deadlines addressing claims by Alcatel against Mr. Tzathas (*id.* at 1 n.1); and

WHEREAS, matters of docket control and conduct of discovery are committed to the

sound discretion of the district court, *see, e.g., In re Fine Paper Antitrust Litig.*, 685 F.2d 810, 817 (3d Cir. 1982);

THEREFORE, it is HEREBY ORDERED that:

1. The fact discovery deadline as to Lambda and Alcatel is hereby extended until July 15, 2013 for the limited purpose of completing already-noticed discovery and additional discovery regarding the configurations of the Alcatel-Lucent 1695 Wavelength Services Manager that were sold from January 1, 2007, to present.

2. The deadlines as to the following case events will be extended as to all parties, including Mr. Tzathas:

| **Case Event** | **Amended Deadline** |
| --- | --- |
| Opening Expert Reports | July 30, 2013 |
| Rebuttal Expert Reports | August 30, 2013 |
| Reply Expert Reports | September 17, 2013 |
| End of Expert Discovery | October 22, 2013 |
| Case Dispositive Motions | November 26, 2013 |
| Answering Briefs to Case Dispositive Motions | December 17, 2013 |
| Reply Briefs to Case Dispositive Motions | January 8, 2014 |
| Pretrial Conference | April 25, 2014 |
| Trial | May 5, 2014 |

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE