IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAMBDA OPTICAL SOLUTIONS LLC,    :
                                 :
        Plaintiff,               :
                                 :
    v.                           :    Civil Action No. 10-487-RGA
                                 :
ALCATEL LUCENT USA INC.,         :
et al.,                          :
                                 :
        Defendants.              :

## ORDER

The Court having received a Report and Recommendation (D.I. 326), and the time for

filing objections having passed, and the parties apparently not being inclined to object (D.I. 330),

IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 326) is ADOPTED IN

FULL, and IT IS FURTHER ORDERED:

1. Alcatel's request to strike portions of Lambda's infringement contentions (D.I. 301) is

DENIED; and

2. Lambda's request for discovery sanctions (D.I. 301) is DENIED.

May 13, 2013
Date

United States District Judge