IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALCATEL-LUCENT SA, et al., | ) |
| Defendants. | ) C.A. No. 10-487-RGA-CJB |
| ALCATEL-LUCENT USA INC. and ALCATEL-LUCENT HOLDINGS INC., | ) |
| Counterclaimants, | ) |
| v. | ) |
| LAMBDA OPTICAL SOLUTIONS LLC, LAMBDA OPTICAL SYSTEMS CORP., and ANASTASIOS TZATHAS, | ) |
| Counter-Defendants. | ) |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, to add a separate briefing schedule for expert discovery related to damages as follows:

| **EVENT** | **CURRENT DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| Opening Damages Expert Reports | July 30, 2013 | August 27, 2013 |
| Rebuttal Damages Expert Reports | August 30, 2013 | September 30, 2013 |
| Reply Damages Expert Reports | September 17, 2013 | October 17, 2013 |
| End of Damages Expert Discovery | October 22, 2013 | November 14, 2013 |

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Andrew E. Russell* |
| Steven J. Balick (#2114) <br> Lauren E. Maguire (#4261) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> lmaguire@ashby-geddes.com <br> amayo@ashby-geddes.com | John W. Shaw (#3362) <br> Andrew E. Russell (#5382) <br> 300 Delaware Avenue <br> Suite 1120 <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> arussell@shawkeller.com |
| *Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.* | *Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.* |

PAZUNIAK LAW OFFICE LLC

*/s/ George Pazuniak*

George Pazuniak (# 478)
1201 N. Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801
gp@del-iplaw.com

*Attorneys for Anastasios Tzathas*

       SO ORDERED this ___ day of _____, 2013.

                                                United States Magistrate Judge