IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT SA, et al.,<br><br>Defendants.<br>_____<br><br>ALCATEL-LUCENT USA INC. and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>Counterclaimants,<br><br>v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>Counter-Defendants. | C.A. No. 10-487-RGA-CJB |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, to modify certain deadlines for expert discovery as follows in order to accommodate a request for additional time to respond by Counter-Defendant Anastasios Tzathas and to accommodate scheduling difficulties for remaining depositions that relate to damages issues:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Opening Damages Expert Reports | August 27, 2013 | September 20, 2013 |
| Rebuttal by Counter-Defendant Anastasios Tzathas To Alcatel-Lucent's Counterclaims Expert Report | August 30, 2013 | September 20, 2013 |
| Reply Expert Report by Alcatel-Lucent Relating to Alcatel-Lucent's Counterclaims Expert Report | September 17, 2013 | October 8, 2013 |

| Rebuttal Damages Expert Reports | September 30, 2013 | October 23, 2013 |
| Reply Damages Expert Reports | October 17, 2013 | November 8, 2013 |
| End of Expert Discovery For Alcatel-Lucent's Counterclaims Expert Report And Rebuttals Thereto | October 22, 2013 | November 8, 2013 |
| End of Damages Expert Discovery | November 14, 2013 | November 22, 2013 |

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (No. 2114)
Lauren E. Maguire (No. 4261)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.*

O'KELLY ERNST & BIELLI, LLC

/s/ George Pazuniak
George Pazuniak (No. 478)
901 N. Market Street
Suite 1000
Wilmington, DE 19801
(302) 478-4230
GP@del-iplaw.com

*Attorneys for Anastasios Tzathas*

SHAW KELLER LLP

/s/ David M. Fry
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

*Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*

Dated: August 26, 2013

   SO ORDERED this ___ day of _____, 2013.

              _____
              United States Magistrate Judge