**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC,  )<br>                                                                 )<br>            Plaintiff,                                     )<br>                                                                 )<br>       v.                                                      )<br>                                                                 )<br>ALCATEL-LUCENT SA, et al.,                 )<br>                                                                 )<br>            Defendants.                                )<br>ALCATEL-LUCENT USA, INC., and        )<br>ALCATEL-LUCENT HOLDINGS, INC.,  )<br>                                                                 )<br>            Counter-Claimants,                    )<br>                                                                 )<br>       v.                                                      )<br>                                                                 )<br>LAMBDA OPTICAL SOLUTIONS LLC,    )<br>LAMBDA OPTICAL SYSTEMS CORP., and )<br>ANASTASIOS TZATHAS,                         )<br>                                                                 )<br>            Counter-Defendants.                 )  | C.A. No. 10-487-RGA-CJB |

**NOTICE OF SERVICE BY
<u>COUNTER-DEFENDANT ANASTASIOS TZATHAS</u>**

Pursuant to D. Del. LR 5.4, counsel submits as a separate document a certification provided by the party Anastasios Tzathas that a particular form of discovery or response was served on other counsel or opposing parties, and the date and manner of service.

September 27, 2013

*/s/ George Pazuniak*
George Pazuniak (#00478)
O'Kelly Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel: 301-478-4230
Facsimile: (302) 295-2873
GP@del-iplaw.com

Former Attorneys for Counter-Defendant
ANASTASIOS TZATHAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LAMBDA OPTICAL SOLUTIONS, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALCATEL-LUCENT SA, et al.,** )<br>)<br>**Defendants.** )<br>**ALCATEL-LUCENT USA, INC., and** )<br>**ALCATEL-LUCENT HOLDINGS, INC.,** )<br>)<br>**Counter-Claimants,** )<br>)<br>v. )<br>)<br>**LAMBDA OPTICAL SOLUTIONS LLC,** )<br>**LAMBDA OPTICAL SYSTEMS CORP., and** )<br>**ANASTASIOS TZATHAS,** )<br>)<br>**Counter-Defendants.** ) | **C.A. No. 10-487-RGA-CJB** |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on September 20, 2013, the **STATEMENT REGARDING EXPERT TESTIMONY BY ANASTASIOS TZATHAS** was served upon the below-named counsel of record in the manner indicated:

Todd M. Simpson, Esquire
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036

VIA ELECTRONIC MAIL

Victor M. Felix
Procopio, Cory, Hargeaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101-4469

VIA ELECTRONIC MAIL

September 27, 2013

ANASTASIOS TZATHAS
11098 San Andrew Drive
New Market, MD 21774
(301)865-8301