IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC,              )<br>                                                                    )<br>            Plaintiff,                                       )<br>                                                                    )<br>     v.                                                           )<br>                                                                    )<br>ALCATEL-LUCENT SA, *et al.*,                  )<br>                                                                    )<br>            Defendants.                                 )<br>_____)<br>                                                                    )<br>ALCATEL-LUCENT USA INC., and          )<br>ALCATEL-LUCENT HOLDINGS INC.,       )<br>                                                                    )<br>            Counter-Claimants,                      )<br>                                                                    )<br>     v.                                                           )<br>                                                                    )<br>LAMBDA OPTICAL SOLUTIONS LLC,      )<br>LAMBDA OPTICAL SYSTEMS CORP., and )<br>ANASTASIOS TZATHAS,                          )<br>                                                                    )<br>            Counter-Defendants.                    ) | Civil Action No. 10-487-RGA-CJB |

## ORDER

At Wilmington, Delaware, this **15th day of October, 2013**.

A hearing regarding the motion to withdraw as counsel filed on October 9, 2013 (D.I. 347) will be held **on October 28, 2013 at 9:45 am in Courtroom 6C**. Counsel for Counter-Defendant Anastasios Tzathas shall present a copy of this order to Mr. Tzathas. Moving counsel and Mr. Tzathas shall be present for the hearing, as should an attorney for each of the other parties (unless those parties seek in advance to be excused from the hearing). The Court understands that the motion is not opposed by Mr. Tzathas or any other party, but if counsel understands that to be incorrect prior to the hearing, they should advise the Court in writing.

                                                       _____  
                                                       Christopher J. Burke  
                                                       UNITED STATES MAGISTRATE JUDGE