# SHAW KELLER LLP

Andrew E. Russell
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0704 – Direct
arussell@shawkeller.com

October 24, 2013

**BY CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street, Unit 28, Room 6100
Wilmington, DE 19801-3555

    Re:    *Lambda Solutions LLC v. Alcatel-Lucent USA Inc., et al.*,
           C.A. No. 10-487-RGA-CJB

Dear Judge Burke:

    I represent Defendants/Counterclaim-Plaintiffs Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively "Alcatel-Lucent") in the above-captioned action. On October 9, 2013, George Pazuniak moved to withdraw as counsel for defendant Anastasios Tzathas. [D.I. 347] In response, the Court issued an October 15, 2013 order scheduling a hearing for October 28, 2013, and stating that "The Court understands that the motion [to withdraw] is not opposed by Mr. Tzathas or any other party, but if counsel understands that to be incorrect prior to the hearing, they should advise the Court in writing." [D.I. 348]

    I write to advise the Court that Alcatel-Lucent does not oppose the motion, provided that the relief sought in the motion does not result in or cause a change to any of the deadlines in the schedule. This condition was discussed with Mr. Pazuniak prior to his filing of the motion, and is reflected in his motion at page 2, paragraph 6. [D.I. 347]

                                              Respectfully submitted,

                                              */s/ Andrew E. Russell*

                                              Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (by hand delivery)
        William McCabe (by CM/ECF and email)
        Andrew Mayo (by CM/ECF and email)
        Victor Felix (by CM/ECF and email)
        George Pazuniak (by CM/ECF and email)