IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA INC. and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>Defendants.<br><hr>ALCATEL-LUCENT USA INC., and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>Counter-Claimants,<br><br>v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 10-487-RGA-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER
SETTING BRIEFING SCHEDULE FOR RESPONSES TO D.I. 352**

Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. ("Alcatel-Lucent") and counter-defendant Anastasios Tzathas ("Tzathas") hereby stipulate and agree, subject to approval of the Court, to the following briefing schedule in relation to Tzathas' October 29, 2013 motion, D.I. 352. All other deadlines shall remain the same:

| **Deadline** | **Due Date** |
|---|---|
| Alcatel-Lucent's answering brief in response to D.I. 352 | November 26, 2013 |
| Tzathas' reply brief in support of D.I. 352 | January 8, 2014 |

|  |  |
|---|---|
| _____<br>Anastasios Tzathas<br>11098 San Andrew Drive<br>New Market, MD 21774<br>(301) 865-8301<br>tzx700@comcast.net | */s/ Andrew E. Russell*_____<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendants Alcatel-Lucent USA*<br>*Inc. and Alcatel-Lucent Holdings Inc.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Andrew E. Russell, hereby certify that on November 7, 2013, this document was served on the persons listed below in the manner indicated:

**BY E-MAIL AND CM/ECF:**

| | |
|---|---|
| Andrew Colin Mayo | Anthony Dain |
| Steven J. Balick | Victor Felix |
| Lauren E. Maguire | Robin Phillips |
| ASHBY & GEDDES | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 500 Delaware Avenue, 8th Floor | |
| P.O. Box 1150 | 530 B Street Suite 2100 |
| Wilmington, DE 19899 | San Diego, CA 92101 |
| amayo@ashby-geddes.com | ajd@procopio.com |
| sbalick@ashby-geddes.com | vmf@procopio.com |
| lmaguire@ashby-geddes.com | rlp@procopio.com |

**BY E-MAIL AND FEDERAL EXPRESS:**

Anastasios Tzathas
11098 San Andrew Drive
New Market, MD 21774
(301) 865-8301
tzx700@comcast.net

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*