IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT SA, *et al.*, <br><br> Defendants. <br><hr> ALCATEL-LUCENT USA INC. and <br> ALCATEL-LUCENT HOLDINGS INC., <br><br> Counter-Claimants, <br><br> v. <br><br> LAMBDA OPTICAL SOLUTIONS LLC, <br> LAMBDA OPTICAL SYSTEMS CORP., and <br> ANASTASIOS TZATHAS, <br><br> Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 10-487-RGA-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS ALCATEL-LUCENT USA INC. AND
ALCATEL-LUCENT HOLDINGS INC.'S MOTION FOR
<u>SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively, "Alcatel-Lucent") respectfully move for summary judgment, under FED. R. CIV. P. 56, that they do not infringe asserted claims 1, 2, 4-9, 11-16, 18, and 23-26 of U.S. Patent No. 6,973,229.  The grounds for this motion are set forth in Alcatel-Lucent's Opening Brief In Support of Their Motion for Summary Judgment of Non-Infringement, which is being filed contemporaneously herewith.

-2-

          Respectfully submitted,

          */s/ Andrew E. Russell*
          John W. Shaw (No. 3362)
          Andrew E. Russell (No. 5382)
          SHAW KELLER LLP
          300 Delaware Avenue, Suite 1120
          Wilmington, DE 19801
          (302) 298-0700
          jshaw@shawkeller.com
          arussell@shawkeller.com
          *Attorneys for Defendants Alcatel-Lucent USA*
          *Inc. and Alcatel-Lucent Holdings Inc.*

OF COUNSEL:
Jesse J. Jenner
William J. McCabe
Todd M. Simpson
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Dated: November 26, 2013

## CERTIFICATE OF SERVICE

I, Andrew E. Russell, hereby certify that on November 26, 2013, this document was caused to be served on the persons listed below in the manner indicated:

**BY E-MAIL AND CM/ECF:**

Andrew Colin Mayo
Steven J. Balick
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
amayo@ashby-geddes.com
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

Anthony Dain
Victor Felix
Robin Phillips
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street Suite 2100
San Diego, CA 92101
ajd@procopio.com
vmf@procopio.com
rlp@procopio.com

**BY E-MAIL AND U.S. MAIL:**

Anastasios Tzathas
11098 San Andrew Drive
New Market, MD 21774
(301) 865-8301
tzx700@comcast.net

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*