IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT SA, *et al.*,<br><br>Defendants.<br>―――――――――――――――――――<br>ALCATEL-LUCENT USA INC., and<br>ALCATEL-LUCENT HOLDINGS INC,<br><br>Counter-Claimants,<br><br>v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>Counter-Defendants. | Civil Action No. 10-487-RGA-CJB |

## ORDER

At Wilmington, Delaware, this **9th day of January, 2014**.

In light of the letter to the Court from counsel to Lambda Optical Solutions, LLC and Lambda Optical Systems Corp. (D.I. 410) requesting leave to file a short motion addressing whether counterclaim nos. 1, 4, 5 and 6 are procedurally improper, IT IS HEREBY ORDERED that: (1) by no later than **January 15, 2014**, Plaintiff and Counter-Defendants may jointly file a brief, focusing on the legal support for their claim, that totals no more than five (5) double-spaced pages; and (2) by no later than **January 20, 2014**, Defendants and Counter-Claimants may jointly file a similar brief in opposition that totals no more than five (5) double-spaced

pages. No reply briefs shall be permitted.

                                                                         /s/ Christopher J. Burke
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE