IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA INC. and<br>ALCATEL-LUCENT HOLDINGS INC.,<br>Defendants.<br><br>―――――――――――――――――――<br><br>ALCATEL-LUCENT USA INC. and<br>ALCATEL-LUCENT HOLDINGS INC.,<br><br>Counterclaimants,<br><br>v.<br><br>LAMBDA OPTICAL SOLUTIONS LLC,<br>LAMBDA OPTICAL SYSTEMS CORP., and<br>ANASTASIOS TZATHAS,<br><br>Counter-Defendants. | C.A. No. 10-487-RGA-CJB |

**STIPULATION EXTENDING DEADLINE FOR
SUBMISSION OF PRETRIAL ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline by which the parties shall file a joint proposed final pre-trial order is extended from April 18, 2014 to April 22, 2014, by 5:00 p.m., such that the pre-trial order will be submitted three days in advance of the pre-trial conference.

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Stephanie E. O'Byrne* |
| Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com | John W. Shaw (#3362)<br>Stephanie E. O'Byrne (#4446)<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>sobyrne@shawkeller.com |
| *Attorneys for Lambda Optical Solutions, LLC and Lambda Optical Systems Corp.* | *Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.* |

/s/ *Anastasios Tzathas*

Anastasios Tzathas
11098 San Andrew Drive
New Market, MD 21774
(301) 865-8301
tzx700@comcast.net

*Pro Se*

        SO ORDERED this ___ day of _____, 2014.

                                                      United States District Judge