IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ALCATEL LUCENT USA INC., : <br> et al., : <br> : <br> Defendants. : | Civil Action No. 10-487-RGA |

**ORDER**

This 17 day of September 2015, upon consideration of the Magistrate Judge's Report and Recommendation dated July 28, 2015, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 443) is **ADOPTED**.

2. The Motion for Summary Judgment of Non-Infringement (D.I. 366) is **GRANTED-IN-PART.**

*/s/ Richard G. Andrews*
United States District Judge