IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAMBDA OPTICAL SOLUTIONS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-487-RGA |
| ALCATEL LUCENT USA INC., et al., | : | |
| Defendants. | : | |

## ORDER

This 17 day of September 2015, upon consideration of the Magistrate Judge's Report and Recommendation dated August 11, 2015, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 450) is **ADOPTED**.

2. Counter-Defendants' request to dismiss certain counterclaims (D.I. 427) is **DENIED**.

United States District Judge