IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAMBDA OPTICAL SOLUTIONS LLC,      :
                                   :
                  Plaintiff,       :
                                   :
            v.                     :      Civil Action No. 10-487-RGA
                                   :
ALCATEL LUCENT USA INC.,           :
et al.,                            :
                                   :
                  Defendants.      :

## ORDER

This __17__ day of September 2015, upon consideration of the Magistrate Judge's Report

and Recommendation dated August 7, 2015, and no objections to the Report and

Recommendation having been received, and the Court having reviewed the matter and being

convinced that the Magistrate Judge's Report and Recommendation is legally and factually

correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 447) is **ADOPTED**.

2. The Motion for Summary Judgment (D.I. 355) is **DENIED.**

3. The Motion for Court to determine whether expert testimony of Melissa A. Bennis is

admissible (D.I. 352) is **DENIED as Moot.**

4. The Motion to exclude the expert report and testimony of Dr. Wayne H. Knox is

**DENIED as Moot.**

_____
United States District Judge